O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>FRANK DARRYL HOLDER ,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. SA 08-633M

**ORDER OF DETENTION**

I

A.   ( )   On motion of the Government in a case allegedly involving:

1.   (X)   a crime of violence.

2.   ( )   an offense with maximum sentence of life imprisonment  or death.

3.   ( )   a narcotics or controlled substance offense with maximum sentence of ten or more years.

4.   ( )   any felony - where defendant convicted of two or more prior offenses described above.

5.   ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive

1

1    device or any other dangerous weapon, or a failure to register under 18

2    U.S.C. § 2250.

3    B.    ( )    On motion by the Government/ ( ) on Court's own motion, in a

4    case allegedly involving:

5         ( )    On the further allegation by the Government of:

6         1.    ( )    a serious risk that the defendant will flee.

7         2.    ( )    a serious risk that the defendant will:

8              a.    ( )    obstruct or attempt to obstruct justice.

9              b.    ( )    threaten, injure or intimidate a prospective witness or

10             juror, or attempt to do so.

11   C.    The Government ( ) is/ (X) is not entitled to a rebuttable presumption that

12   no  condition  or  combination  of  conditions  will  reasonably  assure  the

13   defendant's  appearance  as  required  and  the  safety  or  any  person  or  the

14   community.

15

16                              II

17   A.    ( )    The Court finds that no condition or combination of conditions

18   will reasonably assure:

19        1.    ( )    the appearance of the defendant as required.

20        ( ) and/or

21        2.    (X)    the safety of any person or the community.

22   B.    ( )    The Court finds that the defendant has not rebutted by sufficient

23   evidence to the contrary the presumption provided by statute.

24

25                              III

26   The Court has considered:

27   A.    the  nature  and  circumstances  of  the  offense(s)  charged,  including

28   whether the offense is a crime of violence, a Federal crime of terrorism, or

1  involves a minor victim or a controlled substance, firearm, explosive, or
2  destructive device;

3      B.    the weight of evidence against the defendant;

4      C.    the history and characteristics of the defendant; and

5      D.    the nature and seriousness of the danger to any person or the community.

6

7                  IV

8  The Court also has considered all the evidence adduced at the hearing and the
9  arguments and/or statements of counsel, and the Pretrial Services
10 Report/recommendation.

11

12                 V

13 The Court bases the foregoing finding(s) on the following:

14     A.    ( )    As to flight risk:

15 DEFENDANT STIPULATES TO ENTRY OF DETENTION ORDER
16 WITHOUT PREJUDICE TO REVIEW SHOULD CIRCUMSTANCES WARRANT.

17

18     B.    ( )    As to danger:

19     _____

20     _____

21     _____

22

23

24                 VI

25     A.    ( )    The Court finds that a serious risk exists the defendant will:

26         1.    ( )    obstruct or attempt to obstruct justice.

27         2.    ( )    attempt to/ ( ) threaten, injure or intimidate a witness or
28         juror.

1    B.    The Court bases the foregoing finding(s) on the following:

2    _____

3    _____

4    _____

5

6                                    VI

7    A.    IT IS THEREFORE ORDERED that the defendant be detained prior to

8    trial.

9    B.    IT IS FURTHER ORDERED that the defendant be committed to the

10   custody of the Attorney General for confinement in a corrections facility

11   separate, to the extent practicable, from persons awaiting or serving sentences

12   or being held in custody pending appeal.

13   C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable

14   opportunity for private consultation with counsel.

15   D.    IT IS FURTHER ORDERED that, on order of a Court of the United

16   States or on request of any attorney for the Government, the person in charge

17   of the corrections facility in which defendant is confined deliver the defendant

18   to a United States marshal for the purpose of an appearance in connection with

19   a court proceeding.

20

21   DATED: October 31, 2008

22   _____

23                                    MARC L. GOLDMAN
                                      UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

4